IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID BRYAN LAWSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

  Appellant,

v.

CASE NO. 1D14-2823

STATE OF FLORIDA,

  Appellee.

_____/

Opinion filed January 8, 2015.

An appeal from the Circuit Court for Madison County.
Andrew J. Decker, I I I, Judge.

David Bryan Lawson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

BENTON, WETHERELL, and SWANSON, JJ., CONCUR.